UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*********************************
Ginger Simonds,                        *
    Plaintiff,                       *
                               *
    v.                                     *         Civil Case No.: 1:20-cv-00842-SJM
                               *
Office of Public Guardian,        *
    Defendant                      *
*********************************

## STIPULATION OF DISMISSAL

        NOW COME the parties, by their counsel, and hereby stipulate that this action is dismissed,

with prejudice and without costs or interest, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).


                                          Respectfully Submitted,

                                          OFFICE OF PUBLIC GUARDIAN,
                                          By its attorneys,
                                          JACKSON LEWIS P.C.,

Date:   July 9, 2021        By:    /s/K. Joshua Scott
                                          K. Joshua Scott, NH Bar #17479
                                          100 International Drive, Suite 363
                                          Portsmouth, NH 03801
                                          603.559.2711
                                          joshua.scott@jacksonlewis.com


                                          GINGER SIMONDS,
                                          By her attorneys,
                                          LEHMANN MAJOR LIST, PLLC

Date:   July 9, 2021        By:    /s/Sean R. List
                                          Sean R. List, NH Bar #266711
                                          6 Garvins Falls Road
                                          Concord, NH 03301
                                          603.715.8882
                                          sean@nhlawyer.com

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing was served via the Court's ECF system to all counsel of record on today's date.

Date:  July 9, 2021          By:    <u>/s/Sean R. List                 </u>
                                              Sean R. List